UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

SONJA LANET NORWOOD,

Case No. 09-32836-pp

Debtor.

## MOTION FOR EXAMINATION

Jaclyn Hutchins, a creditor of Debtor, by her attorneys, Krekeler Strother, S.C., hereby moves the Court pursuant to FRBP 2004(a) for an order directing the above-named Debtor, Sonja Lanet Johnson, to appear for an examination as more particularly set forth below.

Jaclyn Hutchins further requests that Debtor produce and make available, pursuant to FRBP 7034, all books, records, or other documents of any type whatsoever related to Debtor's current monthly budget including, but not limited to, the following:

1. Debtor's 2008 state and federal tax returns, along with all schedules and W-2 statements that were filed with said returns.

2. A copy of bank statements issued to Debtor from January 1, 2005 through September 3, 2009, for any and all financial accounts that Debtor currently has with any bank or other financial institution.

3. A copy of any and all documents of any type whatsoever relied upon by Debtor in preparing Debtor's Schedule F filed with the Court on September 3, 2009.

4. Copies of any and all paystubs, statements, ledgers, or other documents of any type whatsoever evidencing Debtor's income from January 1, 2005 through September 3, 2009, from all sources including, but not limited to, evidence of all monies received for real estate transactions received from Debtor's husband, Marcus Johnson, Qayim El Amin and/or Frank and Mia Scaffidi.

WHEREFORE, Jaclyn Hutchins requests the Court order the following:

A. That the above-named Debtor shall provide all of the documents set forth above and make available for inspection to counsel for Jaclyn Hutchins at the office of said counsel located at 15 North Pinckney Street, Suite 200, Madison, Wisconsin, 53703 at 10:00 a.m. on October 16, 2009.

B.  That the above-named Debtor shall appear at the offices of counsel for Jaclyn Hutchins located at 15 North Pinckney Street, Suite 200, Madison, Wisconsin, 53703 at 10:00 a.m. on October 10, 2009.

Dated this 24th day of September, 2009.

                                **KREKELER STROTHER, S.C.**

                                Filed electronically by: *Eric R. Preu /s/*
                                Eric R. Preu
                                State Bar No. 1057099
                                Attorney for Jaclyn Hutchins

**ADDRESS:**
15 N. Pinckney Street, Suite 200
P.O. Box 828
Madison, WI 53701-0828
(608) 258-8555