UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Sonja L. Norwood,

Debtor.

Case No. 09-32836-pp
(Chapter 7)

**STIPULATION FOR AN ORDER EXTENDING DEADLINES TO FILE AN ACTION UNDER 11 U.S.C. § 707(b) OR 11 U.S.C. § 727 OF THE BANKRUPTCY CODE**

NOW COMES the United States Trustee, by Attorney Amy J. Ginsberg, and the Debtor, by Attorney Anton B. Nickolai, who hereby stipulate and agree to the following and ask the Court for an Order extending the deadlines to file an action under 11 U.S.C. § 707(b) or 11 U.S.C. § 727:

The time for the United States Trustee and the Chapter 7 trustee to file an action under 11 U.S.C. § 707(b) or 11 U.S.C. § 727 is hereby extended to and including **February 12, 2010**. If a motion is timely filed by the United States Trustee or the Chapter 7 trustee, then the Clerk shall further defer entry of the discharge pursuant to F.R.B.P. 4004(c)(1)(D). Otherwise, the Clerk shall defer entering the discharge of the Debtor until **February 13, 2010**.

AGREED:

_____
Amy J. Ginsberg
Attorney for the United States Trustee

Dated: 12/1/09

_____
Anton B. Nickolai
Attorney for the Debtor

Dated: 12/1/09

Amy J. Ginsberg
Attorney for the U.S. Trustee
Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4499 / Fax (414) 297-4478